

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

January 24, 2020

Michael W. McDonald
Martin Showers Smith & McDonald
P.O. Box 257
Hillsboro, TX 76645
* DELIVERED VIA E-MAIL *

Colette Savage
7154 State St., #302
Boise, ID 83714
* DELIVERED VIA E-MAIL & POSTAL *

Honorable A. Lee Harris
Po Box 874
#1 Waco Street 2Nd Floor Ct House
Hillsboro, TX 76645

RE:    Case Number:  19-1013
       Court of Appeals Number:  10-16-00094-CV
       Trial Court Number:  52939

Style:  IN RE COLETTE SAVAGE

Dear Counsel:

Today the Supreme Court of Texas issued the enclosed abatement order in the above-referenced case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Nita Whitener (DELIVERED VIA E-MAIL)
       District Clerk Hill County (DELIVERED VIA E-MAIL)